SUHWARTZ v. KLAR et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Tobias Schwartz against Samuel Klar and others. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed.

SEAMAN et al., Respondents, v. McLAURY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Emma Seaman and others against Edward R. McLaury, as executor, etc., and others. No opinion. Order reversed, without costs, and the matter made a part of the record and considered, pursuant to the stipulation to that effect. See, also, 119 N. Y. Supp. 1144.

SEIDENTOP, Appellant, v. ROCKOFF, Respondent. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Louisa Seidentop against August Rockoff. J. P. Lamerdin, for appellant. J. A. Cantor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SEVERY, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Louis W. Severy against Herman H. Sanders. No opinion. Motion to dismiss appeal granted, with costs.

SHANNAHAN, Appellant, v. EMPIRE ENGINEERING CORP., Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Edward J. Shannahan, as administrator, etc., of Morris C. Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Motion granted. See, also, 125 N. Y. Supp. 1144.

SHELTER, Respondent, v. LIMA, HONEOYE ELECTRIC LIGHT & R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Elmer T. Shelter against the Lima, Honeoye Electric Light & Railroad Company, impleaded with others. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the negligence of the defendant was not established.

SHOTLAND v. MULLIGAN. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Paul Shotland against Delia Mulligan. No opinion. Application denied, with $10 costs. Order signed. See, also, 121 N. Y. Supp. 613.

SIEGEL et al. v. HILLMAN. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Ferdinand Siegel and others against Benjamin Hillman. No opinion. Motion to dismiss appeal granted. Order filed.

SILVER v. HOCHBERG et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Samuel Silver against Morris Hochberg and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. November 16, 1910). In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the towns of Gardiner, etc., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York; Daniel B. Deyo, claimant, appellant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., under chapter 724 of the Laws of 1905, etc., in the towns of Gardiner, etc., Ulster county, for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York; Daniel B. Deyo, claimant, appellant. No opinion. Motion denied. See, also, supra.

SONTHEIMER EMBROIDERY MFG. CO. v. MAIER. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Appeal from Trial Term, New York County. Action by the Sontheimer Embroidery Manufacturing Company against Bertha Maier. Judgment for plaintiff. Defendant appeals. Affirmed. Benjamin Reass, for appellant. Louis Zinke, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J. I dissent on the exception to the charge with respect to the inference to be drawn by the jury on account of the failure of the defendant to produce or issue a commission to take the testimony of Russ, her former attorney.

SORACE, Respondent, v. HATFIELD, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Marie Sorace, as administratrix, against Joshua Hatfield. F. V. Johnson, for appellant. G. V. S. Williams for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SPENCER. (Supreme Court, Appellate Division, First Department. December 16, 1910.) In the matter of Jane Spencer, deceased. No opinion. Decree affirmed, with costs. Order filed.

SPENCER, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division. Second Department. December 30, 1910.) Action by William Spencer, an infant, by Mary Spencer, his guardian ad